# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## WILMINGTON DIVISION

| | |
|---|---|
| IN RE: | CASE NO: 14-04491-5-SWH |
| George Allen Piner | |
| Catherine Mary Piner | Adv. Proc. No.: 16-00013-5-SWH |
| 332 Bristol Road | |
| Wilmington, NC 28409 | |
| DEBTORS | CHAPTER 13 |

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this date served the attached **PLAINTIFFS' FIRST SET OF INTERROGATORIES AND FIRST REQUEST FOR PRODUCTION OF DOCUMENTS** by depositing a copy of the same, enclosed in a postage paid wrapper properly addressed to the following parties, at their last known address as shown below, at a post office under the exclusive care and custody of the United States Postal Service:

| | |
|---|---|
| Andrew Lopez | George Allen Piner |
| McGuireWoods, LLP | Catherine Mary Piner |
| 201 North Tryon Street | 332 Bristol Road |
| Suite 3000 | Wilmington, NC 28409 |
| Charlotte, NC 28202-2146 | |

<u>By electronic service through CM/ECF</u>
Richard Stearns
Chapter 13 Trustee

This the 30th day of August, 2016.
.

                                      <u>/s/ Christopher T. Vonderau</u>
                                      Christopher T. Vonderau
                                      (N.C. State Bar No. 25019)
                                      4022 Shipyard Blvd.
                                      Wilmington, NC 28403
                                      P: 910-202-3110
                                      *Attorney for Plaintiffs*